FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  SEP 12 2005  ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARY VOGEL,

                Plaintiff,

   - against -

STATE UNIVERSITY OF NEW YORK AT
STONY BROOK,
                Defendant.

-----------------------------------------------------------X

**JUDGMENT**

CV-00-CV-1129 (TCP)(ARL)

A Memorandum and Order of Honorable Thomas C. Platt, United States District Judge, having been filed on September 9, 2005, granting defendant's motion for summary judgment, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; and that defendant's motion for summary judgment is granted.

Dated: Central Islip, New York
        September 12, 2005

                                      ROBERT C. HEINEMANN
                                      CLERK OF THE COURT

                          By:   /s/ Lorraine Sapienza
                                Deputy Clerk