UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
MARY VOGEL,

                Plaintiff,

      -against-

STATE UNIVERSITY OF NEW YORK AT
STONY BROOK

               Defendant.
----------------------------------------------X

00-CV-1129 (TCP) (ARL)
MEMORANDUM
FILED AND
IN CLERK'S OFFICE ORDER
U.S. DISTRICT COURT E.D.N.Y

★ FEB 15 2006 ★

LONG ISLAND OFFICE

PLATT, District Judge.

      The Court is in receipt of a letter by Plaintiff, Mary Vogel, dated January 17, 2006, requesting an extension of time to prepare an appeal from the Court's Memorandum and Order dated September 9, 2005, which granted Defendant's Motion for Summary Judgment. Plaintiff informs the Court that she just learned that Defendant's Motion for Summary Judgment had been granted. Plaintiff states that "for some time, it has been [her] strong feeling that Mr. Rosen's circumstances might not allow him to be sufficiently involved in [her] case to assure it a fair hearing." Plaintiff further states that she intends to find new counsel and to appeal the decision. Although the Court is not unsympathetic to Plaintiff's concerns with her counsel, the Court notes that it has on two prior occasions denied requests by Plaintiff's counsel to extend the time in which to file an appeal. Copies of the Court's prior orders, dated November 29, 2005, and December 19, 2005, are attached hereto. A request is hereby DENIED.

SO ORDERED.

                                               _____
                                               Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
         February 15, 2006